

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00793-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Tanya **WALKER**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI23121
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the parties' joint motion to reinstate is granted. This appeal is reinstated on this court's active docket. The trial court's order denying the City of San Antonio's plea to the jurisdiction is VACATED, and we RENDER an order dismissing all of Tanya Walker's claims against the City of San Antonio with prejudice. Costs of this appeal are assessed against the party incurring the same.

SIGNED August 5, 2020.

_____
Luz Elena D. Chapa, Justice